**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6854**

GEORGE A. BARFIELD,

       Plaintiff - Appellant,

     v.

SHERIFF LEMME SMITH; ADMINISTRATOR WARREN, Greene County Detention Center; JANICE PRIDGEN,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:19-ct-03193-FL)

Submitted: September 28, 2021             Decided: October 8, 2021

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George A. Barfield, Appellant Pro Se. James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Christina Jansen Banfield, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North Carolina for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George A. Barfield appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to prosecute under Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barfield v. Smith*, No. 5:19-ct-03193-FL (E.D.N.C. May 20, 2021). We also deny Barfield's motions to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*